1  KAREN P. HEWITT
   United States Attorney
2  DAVENE L. FINNEL
   Special Assistant United States Attorney
3  Federal Office Building
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7163
5
   Attorneys for Respondent
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 KARLA RIOS,                     ) Case No.  07-CV-2350-L
                                   )
11         Petitioner,              ) [Related Case No. 06-CR-2298-L]
                                   )
12    v.                           )
                                   ) RESPONDENT'S EX PARTE
13 UNITED STATES OF AMERICA,       ) APPLICATION FOR EXTENSION OF
                                   ) TIME TO FILE AND SERVE
14         Respondent.             ) RESPONSIVE PLEADING;
                                   ) DECLARATION OF DAVENE L. FINNEL
15                                 )
                                   ) [PROPOSED] ORDER SUBMITTED
16                                 ) CONCURRENTLY
                                   )
17

18     Through this ex parte application, Respondent United States of America seeks an
19 extension of time to file and serve its response to the motion filed by Petitioner Karla
20 Rios pursuant to 28 U.S.C. § 2255. The response currently is due on February 15, 2008.
21
22     Respondent seeks an extension to March 17, 2008 to obtain the transcript from
23 Petitioner's change of plea hearing and sentencing hearing which will be exhibits to the
24 response. The transcripts are necessary to establish that Petitioner knowingly and
25 voluntarily waived her right to appeal or collaterally attack her conviction and sentence.
26     The written plea agreement in the underlying criminal case, United States v. Karla
27 Rios, 06-CR-2298-L, contains a provision whereby Petitioner waived her right to appeal
28 or collaterally attack her conviction and sentence. Such a waiver will be

1  upheld "where the plea agreement as a whole was knowingly and voluntarily made."
2  United States v. Jeronimo, 398 F.3d 1149, 1154 (9th Cir. 2005).
3       Government counsel is informed it will take at least fourteen (14) days for
4  preparation of the transcript of Petitioner's change of plea hearing and sentencing
5  hearing.   (Finnel Declaration, ¶ 2.)  Accordingly, Respondent seeks an extension of
6  time to file its response to Petitioner's § 2255 motion to March 17, 2008.

8  DATED: February 6, 2008            Respectfully submitted,

9                                      KAREN P. HEWITT
                                       United States Attorney

10                                     /s/ Davene L. Finnel

11                                     DAVENE L. FINNEL
12                                     Special Assistant United States Attorney

## DECLARATION OF DAVENE L. FINNEL

I, Davene L. Finnel, declare:

1. I am an attorney admitted to practice in the United States District Court for the Southern District of California. I make this declaration in support of Respondent United States of America's Ex Parte Application For Extension Of Time To File And Serve Responsive Pleading.

2. I am the Special Assistant United States Attorney assigned to handle Respondent's opposition to Petitioner Karla Rios' motion pursuant to 28 U.S.C. § 2255. Upon reviewing the motion, I ascertained that the transcript of Petitioner's change of plea hearing and sentencing hearing would contain information necessary to address the issues raised in the motion. I am informed that it will take at least fourteen days (14) days to obtain each transcript. For this reason, I am requesting an extension of time to file a response to Petitioner's § 2255 motion to March 17, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   February 6, 2008         /s/ Davene L. Finnel
                                   Davene L. Finnel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA RIOS, ) | Case No.   07-CV-2350-L |
| Petitioner, ) | [Related Case No. 06 -CR-2298-L] |
| v. ) | |
| UNITED STATES OF AMERICA, ) | **CERTIFICATE OF SERVICE** |
| Respondent. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Ginger Stacey , am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I caused to be deposited in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of RESPONDENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE AND SERVE RESPONSIVE PLEADING; DECLARATION OF DAVENE L. FINNEL:

Karla Rios, #95527-198
Federal Correctional Camp
P.O. Box 5100
Adelanto, CA 92301

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2008.

                                                                       /s/ Ginger Stacey
                                                                      Ginger Stacey